# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 18-17313 JPS Judge: JESSICA E. PRICE SMITH  
Case Name: ZARNESKY, TERI LYNN  
For Period Ending: 01/23/19

Trustee Name: DAVID O. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 12/10/18 (f)  
341(a) Meeting Date: 01/17/19  
Claims Bar Date: APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - PORTER ROAD | 84,600.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - VACANT LOT HEMPFIELD TOWNSHIP, PA | 3,663.00 | 0.00 | | 0.00 | FA |
| 3. REAL ESTATE - VACANT LOT LINCOLN TOWNSHIP, PA | 1,610.40 | 0.00 | | 0.00 | FA |
| 4. MOTOR VEHICLE - 2014 KIA | 11,825.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 375.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND AND ON DEPOSIT | 225.31 | 0.00 | | 0.00 | FA |
| 10. 401K | 3,251.00 | 0.00 | | 0.00 | FA |
| 11. IRA | 45,752.50 | 0.00 | | 0.00 | FA |
| 12. FEDERAL & STATE TAX REFUNDS - 2018 | 4,409.00 | 2,755.33 | | 0.00 | 2,755.33 |

TOTALS (Excluding Unknown Values) $159,311.21 $2,755.33 $0.00

Gross Value of Remaining Assets $2,755.33  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/16/20  Current Projected Date of Final Report (TFR): 01/16/20

/s/ DAVID O. SIMON, TRUSTEE  
_____ Date: 01/23/19  
DAVID O. SIMON, TRUSTEE

LFORM1

Ver: 21.00a